# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AL HOLIFIELD,**

    Plaintiff,

  v.                                                                                              Case No. 18-CV-807

**CARMEN DOHMS,** *et al.***,**

    Defendants.

## ORDER

Plaintiff Al Holifield, who is representing himself, filed a complaint under 42 U.S.C. § 1983. On August 16, 2019, the defendants filed a motion for summary judgment on the ground that Holifield has not exhausted his administrative remedies. (ECF No. 22.) Under Civil L.R. 56(b)(2), Holifield's response materials were due within thirty days of service of the motion. According to the court's records, he has not responded to the motion. Holifield's failure to respond suggests that he does not oppose the motion.

The court will give Holifield a final opportunity to file his response materials. If he does not do so by the below deadline, the court will grant the motion and dismiss the case with prejudice and without further notice to Holifield. *See* Civil L. R. 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion."); Civil L. R. 41(c) ("Whenever it appears to the Court that

the plaintiff is not diligently prosecuting the action . . . the Court may enter an order of dismissal with or without prejudice.").

As a reminder, if Holifield responds to the motion, he must respond to each of the defendants' proposed findings of fact by agreeing with each proposed fact or explaining why he disagrees with a particular fact. If he does not indicate one way or the other, the court will assume that he agrees with the proposed fact. Holifield must support every disagreement with evidence. He can do that by relying on documents or by telling the court his version of what happened in an affidavit or an unsworn declaration under 28 U.S.C. § 1746.[1] An unsworn declaration is a way for a party to tell his side of the story while declaring to the court that everything in the declaration is true and correct. Holifield must also respond to the legal arguments in the defendants' brief.

**IT IS THEREFORE ORDERED** that, by **October 25, 2019,** Holifield shall either respond to the defendants' motion for summary judgment or file a letter explaining why he is unable to do so. If the court does not hear from Holifield by that date, the court will grant the defendants' motion and dismiss this case.

**IT IS FURTHER ORDERED** that defendants' motion to stay the deadline for filing dispositive motions on the merits (ECF No. 27) is **GRANTED**.

---

[1] At the bottom of his declaration he should state: "I declare under penalty of perjury that the foregoing is true and correct. Executed on [date]. [Signature]." 28 U.S.C. § 1746(2).

Dated at Milwaukee, Wisconsin this 10th day of October, 2019.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge